___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 20 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-181 MJP |
| Plaintiff, | ORDER ISSUING BENCH WARRANT |
| v. | |
| GREGORY LYLE BRIDGES, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 20th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES** __X__  **NO** ___

ORDER ISSUING BENCH WARRANT – 1