# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SG **MAY 21 2015**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

United States of America
v.

**GREGORY LYLE BRIDGES**

Case No. CR15-181 MJP

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay **GREGORY LYLE BRIDGES**, who is accused of an offense or violation based on the following document filed with the court:

X Indictment  _ Superseding Indictment  _ Information  _ Superseding Information  _ Complaint
_ Probation Violation Petition  _ Supervised Release Violation Petition  _ Violation Notice  _ Order of Court

This offense is briefly described as follows:

**Count 1:** Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct
18:2252(a)(4)(B) & 2252(b)(2)

May 20, 2015

_____
*Issuing officer's signature*

Seattle, WA

*James Kelly, Deputy Clerk*
*Printed name and title*

### Return

This warrant was received on *(date)* 5/20/15 ; and the person was arrested on *(date)* 5/21/15 at
*(city and state)* Seattle, WA .

Date: 5/21/15

_____
*Arresting officer's signature*
Scott Sutchall, Special Agent
*Printed name and title*