Hon. Marsha J. Pechman
Noting Date: July 15, 2015

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY LYLE BRIDGES, <br><br> Defendant. | NO. 2:15-CR-00181-MJP-1 <br><br> ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |

Upon Motion by Defendant, Gregory Bridges, to Continue Trial Dates, the Court has determined that the trial dates in the above noted case must be reset. The Court has reviewed the file and Defendant's Motion and is fully informed.

The ends of justice served by the continuance outweigh the best interests of the Defendant and the public in a speedy trial. The failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary

---

(Proposed) ORDER GRANTING MOTION TO
CONTINUE TRIAL DATES- 1

The Crowley Law Firm, P.L.L.C.

Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223

for effective preparation, taking into account the exercise of due diligence. Accordingly,

THE COURT finds the period of time from the current trial date of July 27, 2015, up to and including the new trial date of November 2, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

IT IS THEREFORE ORDERED that the trial is continued to November 2, 2015 and the pre-trial motions due date is continued to September 23, 2015.

Dated this 23rd day of July, 2015.

_____
Marsha J. Pechman
United States District Judge

(Proposed) ORDER GRANTING MOTION TO CONTINUE TRIAL DATES- 2

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223