Hon. Marsha J. Pechman
Noting Date: October 8, 2015 at 6:30pm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LYLE BRIDGES,<br><br>Defendant. | NO. 2:15-CR-00181-MJP-1<br><br><br>ORDER GRANTING MOTION<br>TO CONTINUE TRIAL DATE |

Upon Motion by Defendant, Gregory Bridges, to Continue Trial Dates, the Court has determined that the trial dates in the above noted case must be reset. The Court has reviewed the file and Defendant's Motion and is fully informed.

The ends of justice served by the continuance outweigh the best interests of the Defendant and the public in a speedy trial. The failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary

(Proposed) ORDER GRANTING MOTION TO
CONTINUE TRIAL DATES- 1

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223

for effective preparation, taking into account the exercise of due diligence. Accordingly,

**IT IS ORDERED** that:

The trial in this case is continued from November 2, 2015, to January 11, 2016. The resulting period of delay from November 2, 2015, through January 11, 2016, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated this ___15th___ day of October, 2015.

Marsha J. Pechman
United States District Judge

(Proposed) ORDER GRANTING MOTION TO
CONTINUE TRIAL DATES- 2

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223