Hon. Marsha J. Pechman
Noting Date: December 14 at 6:30pm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY LYLE BRIDGES,<br><br>Defendant. | NO. 2:15-CR-00181-MJP-1<br><br><br>ORDER GRANTING MOTION<br>TO COTINUE TRIAL DATE |

This matter comes before the Court on an unopposed motion to continue the trial date. Mr. Bridges has signed and executed a waiver of his speedy trial rights under the Sixth Amendment and the Speedy Trial Act. The Court has reviewed the motion papers, the speedy trail waiver, and the relevant record and has considered the factors outlined in 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

The Court finds based upon its consideration of those factors that the ends of justice served by granting a continuance outweigh the interests of the public and the defendant in a more speedy trial, finds that the ends of justice served by granting a continuance outweigh

(Proposed) ORDER GRANTING MOTION TO
CONTINUE TRIAL DATES- 1

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223

the interests of the public and the defendant in a more speedy trial, given defense counsel's reasonable need for additional time to prepare for trial.

IT IS ORDERED that the trial date in this matter shall be continued to May 2, 2016 and the period of delay from the current trial date of January 11, 2016, up to and including the new trial date of May 2, 2016, is excluded under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DONE this 15th day of December, 2015.

_____
Marsha J. Pechman
United States District Judge

(Proposed) ORDER GRANTING MOTION TO
CONTINUE TRIAL DATES- 2

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223