Honorable Marsha Pechman

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   2:15-CR-00181-MJP-1 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE TRIAL |
| | ) | |
| GREGORY LYLE BRIDGES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The court has considered the unopposed defense motion, pursuant to 18 USC § 3161 *et. seq*., to continue the trial date. For the reasons set forth therein, the Court finds that the parties have exercised and are exercising due diligence in the discovery and trial preparation process, within the meaning of 18 USC § 3161(h)(7)(B), and that the requested continuance would promote substantial justice. The court further finds, pursuant to 18 USC § 3161(h)(7)(A), that the ends of justice served by a continuance outweigh the interests of the public and the defendant in a speedy trial in this matter.

The Court further finds that the period of time from the current trial date May 2, 2016, up to and including the new trial date of  July 18, 2016, shall be excludable time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS THERFORE ORDER that the trial in this matter is continued until

July 18, 2016. The new pre-trial motion cutoff date shall be June 6, 2016.

Dated this 22nd day of April, 2016.

_____
Marsha J. Pechman
United States District Judge

Presented by:

/s/ Page Pate
Defense Attorney