The Honorable Marsha J. Pechman

```
___ FILED        ___ ENTERED
___ LODGED       ___ RECEIVED

      JUN 15 2016
         AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>GREGORY BRIDGES,<br><br>               Defendant. | NO. CR15-181MJP<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States

///
///
///

CONSENT TO RULE 11 PLEA OF GUILTY... - 1
GREGORY BRIDGES; CR15-181MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 15th day of June, 2016.

_____
GREGORY BRIDGES
Defendant

_____ for Page Pate
PAGE PATE
Attorney for Defendant    Michael Nance
                          Local Counsel

APPROVED:

_____
CECELIA Y. GREGSON
Special Assistant United States Attorney

CONSENT TO RULE 11 PLEA OF GUILTY… - 2
GREGORY BRIDGES; CR15-181MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970