HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> v. <br> GREGORY LYLE BRIDGES, <br> Defendant. | NO. CR15-181MJP <br><br> [Proposed] <br> ORDER EXTENDING DUE DATE FOR UNITED STATES' RESPONSE TO MOTION TO INTERVENE |

The United States of America seeks an extension of time, until February 24, 2020, to file its Response to the Motion to Intervene (Dkt. No. 74). Movant Carter Jesness does not oppose this request. The Court, having considered the facts in support of the unopposed request and other facts apparent from the record grants the request for extension.

//
//
//

Order Extending Due Date
*United States v. Bridges*, CR15-181MJP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   IT IS HEREBY ORDERED that the due date for the filing of the Response to the
2   Motion to Intervene is extended to February 24, 2020 and the motion is re-noted for
3   February 28, 2020.

5   DATED this 18th day of February, 2020.

HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ Cecelia Y. Gregson
CECELIA Y. GREGSON
Special Assistant United States Attorney

Order Extending Due Date
*United States v. Bridges*, CR15-181MJP - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970