UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff(s),<br>　v.<br><br>GREGORY LYLE BRIDGES,<br><br>　　　　　　　Defendant(s). | CASE NO. CR24-00181-KKE<br><br>ORDER DENYING DEFENDANT'S MOTION WITHOUT PREJUDICE |

Defendant Gregory Lyle Bridges has filed a motion for clarification of the terms of his future supervised release. Dkt. No. 82. The Government opposed this motion on the grounds that it was not filed by Mr. Bridges' attorney, and that it is premature because Mr. Bridges is not yet on supervised release. Dkt. No. 83.

Because Mr. Bridges has not complied with the local criminal rules applicable to *pro se* filings (Local Rules W.D. Wash. LCrR 62.2(b)(5)), and because Mr. Bridges will have an opportunity to seek clarification from his probation officer after he is released from incarceration, the Court DENIES Mr. Bridges' motion (Dkt. No. 82) without prejudice.

Dated this 6th day of September, 2024.

*Kymberly K Evanson*
────────────────────────
Kymberly K. Evanson
United States District Judge

ORDER DENYING DEFENDANT'S MOTION WITHOUT PREJUDICE - 1